# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| EDWARD NORTRUP,<br><br>                  Plaintiff,<br><br>   v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, U.S.A., INC., and TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.<br><br>                  Defendants. | Case No.: 4:25-CV-328-SDJ<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR A SECOND AMENDED PROTECTIVE ORDER

Plaintiff Edward Nortrup ("Nortrup") and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc. (collectively, "Toyota") have met, conferred, and jointly move the Court for a Second Amended Protective Order. A proposed Second Amended Protective Order is attached hereto as Exhibit A.

Good cause exists for the amendment. The parties expect to conduct substantial third-party discovery in this case. The existing Protective Order does not unambiguously extend its protections to information disclosed by non-parties. Accordingly, amendment (new paragraph 14) is necessary to make clear that the Order's confidentiality protections apply equally to third-party disclosures, thereby protecting non-party confidential information and facilitating efficient discovery.

Consistent with the Clerk's prior request with respect to the First Amended Protective Order, the parties will email the Word version of the proposed Second Amended Protective Order to chambers.

RESPECTFULLY SUBMITTED this 27th day of October, 2025.

| | |
|---|---|
| */s/ David K. Ludwig* | *s/ Steven J. Routh* |
| David K. Ludwig | Steven J. Routh |
| Georgia Bar No. 616971 | D.C. Bar # 376068 |
| Steven G. Hill | Sten Jensen |
| Georgia Bar No. 354658 | T. Vann Pearce, Jr. |
| HILL, KERTSCHER & WHARTON, LLP | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 3625 Cumberland Blvd., SE | 2100 Pennsylvania Ave |
| Suite 1050 | Washington, DC 20037 |
| Atlanta, Georgia 30339-6406 | Tel: (202) 339-8400 |
| T: (770) 953-0995 | Fax: (202) 339-8500 |
| F: (770) 953-1358 | Email: srouth@orrick.com |
| Email: dludwig@hkw-law.com | Email: sjensen@orrick.com |
| Email: sgh@hkw-law.com | Email: vpearce@orrick.com |
| | |
| *Attorneys for Plaintiff Edward Nortrup* | Eric H. Findlay |
| | Texas Bar No. 00789886 |
| | **FINDLAY CRAFT, P.C.** |
| | 7270 Crosswater Avenue, Ste. B |
| | Tyler, TX 75703 |
| | Tel: (903) 534-1100 |
| | Fax: (903) 534-1137 |
| | Email: efindlay@findlaycraft.com |
| | |
| | *Counsel for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc.* |

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel complied with the meet and confer requirement in Local Rule CV-7(i).

*/s/ David K. Ludwig*
David K. Ludwig

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above document was served via the Court's CM/ECF system, which sends notifications of such filing to all counsel of record who have consented to accept service by electronic means, on October 27, 2025.

*/s/ David K. Ludwig*
David K. Ludwig