UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| EDWARD NORTRUP,<br><br>               Plaintiff,<br><br>    v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, U.S.A., INC., and TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.<br><br>               Defendants. | Case No.: 4:25-CV-328-SDJ<br><br>**JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Plaintiff Edward Nortrup ("Nortrup") and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc. (collectively, "Toyota") hereby submit by and through their counsel, this Joint Claim Construction and Prehearing Statement.

**I.      AGREED TERMS (P.R. 4-3(a)(1))**

At this time, the parties have not agreed on the constructions for any claim terms.

**II.     DISPUTED TERMS (P.R. 4-3(a)(2))**

For the Court's benefit, the parties have attached charts identifying the terms, phrases, or clauses of U.S. Patent Nos. 11,307,048 and 11,874,131 (collectively, "the Asserted Patents") that are in dispute. Exhibit A provides Nortrup's proposed constructions and Exhibit B provides Toyota's proposed constructions. In addition, where applicable, Exhibits A and B contain an identification of intrinsic evidence supporting a proposed claim construction, as well as extrinsic

1

evidence that each party intends to rely on to support its proposed constructions or to oppose the proposed construction of the other party. Each party further reserves the right to rely on intrinsic and extrinsic evidence identified by the opposing party.

### III. HEARING LENGTH (P.R. 4-3(a)(3))

The Parties anticipate they will need three (3) hours for the Claim Construction Hearing.

### IV. WITNESSES (P.R. 4-3(a)(4))

Nortrup plans to call Alexandre Bayen (by declaration and/or deposition) as an expert witness to testify at the Claim Construction Hearing.

Toyota plans to call Matthew Shoemake (by declaration and/or deposition) as an expert witness to testify at the Claim Construction Hearing.

RESPECTFULLY SUBMITTED this 15th day of December, 2025.

| | |
|---|---|
| */s/ David K. Ludwig* | */s/ Eric H. Findlay* |
| David K. Ludwig | Steven J. Routh (D.C. Bar # 376068) |
| Georgia Bar No. 616971 | srouth@orrick.com |
| Steven G. Hill | Sten Jensen |
| Georgia Bar No. 354658 | sjensen@orrick.com |
| HILL, KERTSCHER & WHARTON, LLP | T. Vann Peace |
| 3625 Cumberland Blvd., SE | vpearce@orrick.com |
| Suite 1050 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Atlanta, Georgia 30339-6406 | 2100 Pennsylvania Ave |
| T: (770) 953-0995 | Washington, DC 20037 |
| F: (770) 953-1358 | Tel: (202) 339-8400 |
| Email: dludwig@hkw-law.com | Fax: (202) 339-8500 |
| Email: sgh@hkw-law.com | |
| | Eric H. Findlay |
| | Texas Bar No. 00789668 |
| *Counsel for Plaintiff Edward Nortrup* | FINDLAY CRAFT, P.C. |
| | 7270 Crosswater Avenue, Suite B |
| | Tyler, Texas 75703 |
| | Tel: (903) 534-1100 |
| | Fax: (903) 534-1137 |
| | efindlay@findlaycraft.com |
| | |
| | *Attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above document was served via the Court's CM/ECF system, which sends notifications of such filing to all counsel of record who have consented to accept service by electronic means, on December 15, 2025.

*/s/ Eric H. Findlay*
Eric H. Findlay