# EXHIBIT A

**Nortrup Claim Construction Positions and Supporting Evidence**

| Claim Term | Nortrup's Proposed Construction[1] | Intrinsic and Extrinsic Evidence |
|---|---|---|
| "an in-vehicle data receiver forming a part of a vehicle configured to receive…"<br><br>('048 patent, claims 1, 3, 4, 13, 15)<br><br>"a data receiver configured to receive …"<br><br>('048 patent, claim 17) | plain and ordinary meaning<br><br>"data receiver": plain and ordinary meaning, i.e., a device or component that receives data or signals, for example in the form of electromagnetic radiation or electrical impulses, from one or more other devices or components<br><br>"configured to": plain and ordinary meaning, i.e., designed, arranged, programmed, equipped, or otherwise set up to perform (a stated function) | Patent Specification[2]<br><br>14:15-20, 16:57-59, 20:16-47, 24:28-32, 32:29-41, 36:40-46, 37:39-55, 39:49-56, Figs. 35, 45 claim 3, claim 4<br><br>Extrinsic Evidence<br><br>Declaration/testimony of Alexandre Bayen<br><br>Configure, Cambridge Dictionary (Plaintiff_010833-41)<br><br>Configure, Collins English Dictionary (Plaintiff_010842-49)<br><br>Configure, Configure, Merriam Webster's Collegiate Dictionary (2004) (TOYOTA_378934-36)<br><br>What Is a Receiver?, Analog Devices (TOYOTA_378939)<br><br>Receiver, Encyclopedia Britanica (TOYOTA_378938)<br><br>Intro to Electrical Engineering Key Term – Receiver, Fiveable (Plaintiff_011266-69) |

---

[1] Nortrup contends that no term is governed by 35 U.S.C. § 112(f).
[2] Unless otherwise specified, specification citations refer to U.S. Patent No. 11,307,048, although Nortrup also reserves the right to rely on the same passages appearing in U.S. Patent No. 11,874,131.

1

| | | | |
|---|---|---|---|
| | | | Receiver, Collins English Dictionary (Plaintiff_011296-311) |
| "a current location of a first cell phone, as determined by the first cell phone" ('048 patent, claims 1, 17) "a current location" ('048 patent, claim 13, 15) | plain and ordinary meaning "current location": plain and ordinary meaning, i.e., present location | | Patent Specification 18:65-19:39, 20:16-47, 37:39-55, Figs. 3, 4, 7, 45 '131 patent, claim 10 File Histories '048 Patent Prosecution, Response to Final Office Action dated Oct. 8, 2021 '131 Patent Prosecution, Supplemental Response to Non-Final Office Action dated Oct. 26, 2023 Extrinsic Evidence Declaration/testimony of Alexandre Bayen Determine, Merriam-Webster Dictionary (Plaintiff_010872-73) |
| "a computer mounted to said vehicle and configured to receive" ('131 patent, claims 1, 11) | plain and ordinary meaning "computer": plain and ordinary meaning, i.e., an electronic device or component with a data processor "configured to": plain and ordinary meaning, i.e., designed, arranged, programmed, equipped, or otherwise set up to perform (a stated function) | | Patent Specification 33:34-46, 37:39-55, Figs. 41, 45 Extrinsic Evidence Declaration/testimony of Alexandre Bayen Configure, Cambridge Dictionary (Plaintiff_010833-41) |

2

| | | |
|---|---|---|
| | | Configure, Collins English Dictionary (Plaintiff_010842-49) |
| | | Configure, Configure, Merriam Webster's Collegiate Dictionary (2004) (TOYOTA_378934-36) |
| | | Computer, Britannica, (Plaintiff_010764-84) |
| | | Computer, Merriam-Webster Dictionary (Plaintiff_010803-10) |
| | | Computer Basics: What Is a Computer?, GFCGlobal (Plaintiff_010798-802) |
| | | What Is a Receiver?, Analog Devices (TOYOTA_378939) |
| | | Receiver, Encyclopedia Britanica (TOYOTA_378938) |
| | | Intro to Electrical Engineering Key Term – Receiver, Fiveable (Plaintiff_011266-69) |
| | | Receiver, Collins English Dictionary (Plaintiff_011296-311) |
| "said computer being configured to communicate" ('131 patent, claims 1, 11) | plain and ordinary meaning  "computer": plain and ordinary meaning, i.e., an electronic device or component with a data processor  "configured to": plain and ordinary meaning, i.e., designed, arranged, programmed, equipped, or otherwise set up to perform (a stated function) | Patent Specification  2:15-42, 2:53-3:6, 4:48-67, 18:65-19:39, 20:16-47, 32:29-41, 37:39-55, Figs. 3, 4, 7, 45  Extrinsic Evidence  Declaration/testimony of Alexandre Bayen |

3

| | | |
|---|---|---|
| | | Configure, Cambridge Dictionary (Plaintiff_010833-41) |
| | | Configure, Collins English Dictionary (Plaintiff_010842-49) |
| | | Configure, Configure, Merriam Webster's Collegiate Dictionary (2004) (TOYOTA_378934-36) |
| | | Computer, Britannica, (Plaintiff_010764-84) |
| | | Computer, Merriam-Webster Dictionary (Plaintiff_010803-10) |
| | | Computer Basics: What Is a Computer?, GFCGlobal (Plaintiff_010798-802) |
| | | Communicate, Merriam-Webster Dictionary (Plaintiff_010749-57) |
| | | Communicate, Cambridge Dictionary (Plaintiff_010738-48) |
| | | Communicate, Dictionary.com (Plaintiff_010758-63) |
| "said computer … configured to cause … thereby causing …" ('131 patent, claims 1, 11) | plain and ordinary meaning<br><br>"computer": plain and ordinary meaning, i.e., an electronic device or component with a data processor<br><br>"configured to": plain and ordinary meaning, i.e., designed, arranged, programmed, equipped, or otherwise set up to perform (a stated function) | <u>Patent Specification</u><br>10:30-41, 14:43-50, 37:39-55, Fig. 45<br><u>Extrinsic Evidence</u><br>Declaration/testimony of Alexandre Bayen<br>Configure, Cambridge Dictionary (Plaintiff_010833-41) |

4

| | "cause" / "causing": plain and ordinary meaning, i.e., to bring about, make happen, initiate, or trigger an effect or result | Configure, Collins English Dictionary (Plaintiff_010842-49) |
| --- | --- | --- |
| | | Configure, Configure, Merriam Webster's Collegiate Dictionary (2004) (TOYOTA_378934-36) |
| | | Computer, Britannica, (Plaintiff_010764-84) |
| | | Computer, Merriam-Webster Dictionary (Plaintiff_010803-10) |
| | | Computer Basics: What Is a Computer?, GFCGlobal (Plaintiff_010798-802) |
| | | Cause, Cambridge Dictionary (Plaintiff_010644-60) |
| | | Cause, Collins English Dictionary (Plaintiff_010676-94) |
| | | Cause, Merriam Webster Dictionary (Plaintiff_010661-75) |
| "said cell phone interface being configured …thereby causing…" ('131 patent, claim 24) | plain and ordinary meaning  "cell phone interface": plain and ordinary meaning, i.e., hardware and/or software of a computer, such as ports, transmitters and/or receivers, that allows it to communicate with a cell phone  "configured to": plain and ordinary meaning, i.e., designed, arranged, programmed, equipped, or otherwise set up to perform (a stated function) | Patent Specification  10:30-41, 14:43-50, 32:29-41, 37:39-55, Fig. 40, 45  Extrinsic Evidence  Declaration/testimony of Alexandre Bayen  Configure, Cambridge Dictionary (Plaintiff_010833-41)  Configure, Collins English Dictionary (Plaintiff_010842-49) |

5

|  | "causing": plain and ordinary meaning, i.e., to bring about, make happen, initiate, or trigger an effect or result | Configure, Configure, Merriam Webster's Collegiate Dictionary (2004) (TOYOTA_378934-36) |
|---|---|---|
|  |  | Cause, Cambridge Dictionary (Plaintiff_010644-60) |
|  |  | Cause, Collins English Dictionary (Plaintiff_010676-94) |
|  |  | Cause, Merriam Webster Dictionary (Plaintiff_010661-75) |
|  |  | Interface, Cambridge Dictionary (Plaintiff_011010-23) |
|  |  | Interface, Merriam-Webster Dictionary (Plaintiff_011024-32) |
| "a self-determined location of said cell phone"<br><br>('131 patent, claim 1, 11, 24, 29) | plain and ordinary meaning<br><br>"self-determined location": plain and ordinary meaning, i.e., a location determined by the device itself | Patent Specification<br><br>18:65-19:39, 20:16-47, 32:29-41, 37:39-55, Figs. 3, 4, 7, 40, 45<br><br>'131 patent, claim 10<br><br>File Histories<br><br>'048 Patent Prosecution, Response to Final Office Action dated Oct. 8, 2021<br><br>'131 Patent Prosecution, Supplemental Response to Non-Final Office Action dated Oct. 26, 2023<br><br>Extrinsic Evidence<br><br>Declaration/testimony of Alexandre Bayen |

|  |  | Determine, Merriam-Webster Dictionary (Plaintiff_010872-73) |
|---|---|---|