# EXHIBIT B

**Toyota Claim Construction Positions and Supporting Evidence**

| Claim Term | Toyota's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|
| "an in-vehicle data receiver forming a part of a vehicle configured to receive…"<br><br>('048 patent, claims 1, 3, 4, 13, 15)<br><br>"a data receiver configured to receive …"<br><br>('048 patent, claim 17) | Means-plus-function term subject to Pre-AIA 35 USC 112 ¶6.<br><br>• Function: receive a roadway map of an area proximate a current location of a first cell phone, as determined by the first cell phone, and a route from the current location to a destination based, at least in part, on an estimated roadway traffic condition<br><br>• Structure: None; indefinite<br><br>"configured to": designed/arranged/programmed to; not merely capable of | '048 Patent[1] at 1:29-36, 2:1-14, 5:49-60, 6:13-16, 8:8-16, 8:57-65, 9:2-7, 10:20-29, 16:57-59, 18:11-64, 19:54-20:14, 20:16-40, 26:51-53, 27:25-28:43, 30:31-54, 31:6-9, 32:24-33:9, 34:20-38, 37:39-55.<br><br>*Configure*, American Heritage Dictionary of the English Language (1996).<br><br>*Configure*, Merriam-Webster's Collegiate Dictionary (2003).<br><br>Receiver, PC MAG, https://www.pcmag.com/encyclopedia/term/receiver (last visited, Nov. 17, 2025).<br><br>Receiver, BRITANNICA, https://www.britannica.com/technology/receiver (last visited, Nov. 17, 2025).<br><br>Receiver, ANALOG DEVICES, https://www.analog.com/en/resources/glossary/receiver.html (last visited, Nov. 17, 2025).<br><br>*General Motors LLC v. Edward H. Nortrup*, IPR2023-00994: Petition for Inter Partes Review, Dkt. No. 2 (Jun. 05, 2023); Patent Owner's Preliminary Response, Dkt. No. 8 |

---

[1] The '048 Patent and '131 Patent have a common specification. For simplicity, all citations refer to the column and line numbers of the '048 Patent. Citations to the '048 Patent should be understood to also include citations to the corresponding language in the '131 Patent. Citations to text describing a Figure should be understood to also include that Figure, and in turn, citations to a Figure should be understood to also include the specification text describing that Figure.

| | | |
|---|---|---|
| | | (Sep. 03, 2023); Institution Decision, Dkt. No. 9 (Nov. 29, 2023); Patent Owner's Response, Dkt. No. 13 (Mar. 15, 2024); Petitioner's Reply to Patent Owner's Response, Dkt. No. 14 (Jun. 07, 2024); Patent Owner's Sur-Reply, Dkt. No. 19 (Jul. 19, 2024); Final Written Decision, Dkt. No. 30 (Nov. 22, 2024).<br><br>Expert testimony from Dr. Matthew Shoemake. |
| "a current location of a first cell phone, as determined by the first cell phone"<br><br>('048 patent, claims 1, 17)<br><br>"a current location"<br><br>('048 patent, claim 13, 15) | a current location of a first cell phone, as determined by the first cell phone without use of an in-vehicle integrated navigation system | '048 Patent at 1:29-36, 1:60-67, 2:1-14, 3:7-29, 6:61-6:11, 7:57-8:67, 11:36-50, 13:41-51, 15:6-21, 15:35-36, 15:25-60, 17:3-6, 17:36-67, 19:65-20:15, 20:28-30, 20:37-39, 20:48-21:26, 32:29-34:45, 36:54-59, 37:56-38:48, 40:63-49:47, Figs. 1-12, 40-41, 49-59, cls. 1-18.<br><br>*General Motors LLC v. Edward H. Nortrup*, IPR2023-00994: Petition for Inter Partes Review, Dkt. No. 2 (Jun. 05, 2023); Patent Owner's Preliminary Response, Dkt. No. 8 (Sep. 03, 2023); Institution Decision, Dkt. No. 9 (Nov. 29, 2023); Patent Owner's Response, Dkt. No. 13 (Mar. 15, 2024); Petitioner's Reply to Patent Owner's Response, Dkt. No. 14 (Jun. 07, 2024); Patent Owner's Sur-Reply, Dkt. No. 19 (Jul. 19, 2024); Final Written Decision, Dkt. No. 30 (Nov. 22, 2024).<br><br>'048 Patent File History: Non-Final Rejection (Dec. 2, 2020); Amendment and Response to Office Action (Mar. 24, 2021); Final Rejection (Jun. 9, 2021); Response to Final Office Action (Oct. 8, 2021); Non-Final Rejection (Nov. 23, 2021); Amendment and Response to Non-Final Office Action (Nov. 30, 2021); Final Rejection (Dec. 21, 2021); |

| | | |
|---|---|---|
| | | Examiner Interview Summary Record (Jan. 31, 2022); Notice of Allowance (Jan. 31, 2022).<br><br>'131 File History: Preliminary Amendment (Mar. 10, 2023); Non-Final Rejection (Jul. 3, 2023); Amendment and Response to Non-Final Office Action (Oct. 3, 2023); Supplemental Response to Non-Final Office Action (Oct. 26, 2023); Examiner interview Summary Record (Nov. 3, 2023); Final Rejection (Nov. 3, 2023); Response After Final Action (Nov. 3, 2023); Notice of Allowance (Nov. 21, 2023).<br><br>Expert testimony from Dr. Matthew Shoemake. |
| "a computer mounted to said vehicle and configured to receive"<br><br>('131 patent, claims 1, 11) | Means-plus-function term subject to Pre-AIA 35 USC 112 ¶6.<br>• Function: receive user input comprising at least a command of a destination<br>• Structure: None; indefinite<br><br>"configured to": designed/arranged/programmed to; not merely capable of | '048 Patent at 1:29-36, 2:1-14, 5:49-60, 6:13-16, 8:8-16, 8:57-65, 9:2-7, 10:20-29, 16:57-59, 18:11-64, 19:54-20:14, 20:16-40, 26:51-53, 27:25-28:-43, 30:31-54, 31:6-9, 32:24-33:9, 34:20-38, 37:39-55.<br><br>*Configure*, American Heritage Dictionary of the English Language (1996).<br><br>*Configure*, Merriam-Webster's Collegiate Dictionary (2003).<br><br>*Computer,* Merriam-Webster's Online Dictionary https://www.merriam-webster.com/dictionary/computer.<br><br>*General Motors LLC v. Edward H. Nortrup*, IPR2023-00994: Petition for Inter Partes Review, Dkt. No. 2 (Jun. 05, |

3

| | | |
|---|---|---|
| | | 2023); Patent Owner's Preliminary Response, Dkt. No. 8 (Sep. 03, 2023); Institution Decision, Dkt. No. 9 (Nov. 29, 2023); Patent Owner's Response, Dkt. No. 13 (Mar. 15, 2024); Petitioner's Reply to Patent Owner's Response, Dkt. No. 14 (Jun. 07, 2024); Patent Owner's Sur-Reply, Dkt. No. 19 (Jul. 19, 2024); Final Written Decision, Dkt. No. 30 (Nov. 22, 2024).<br><br>Expert testimony from Dr. Matthew Shoemake. |
| "said computer being configured to communicate"<br><br>('131 patent, claims 1, 11) | Means-plus-function term subject to Pre-AIA 35 USC 112 ¶6.<br><br>• Function: communicate with a cell phone<br>• Structure: None; indefinite<br><br>"configured to": designed/arranged/programmed to; not merely capable of | '048 Patent at 1:29-36, 2:1-14, 5:49-60, 6:13-16, 8:8-16, 8:57-65, 9:2-7, 10:20-29, 16:57-59, 18:11-64, 19:54-20:14, 20:16-40, 26:51-53, 27:25-28:43, 30:31-54, 31:6-9, 32:24-33:9, 34:20-38, 37:39-55.<br><br>*Configure*, American Heritage Dictionary of the English Language (1996).<br><br>*Configure*, Merriam-Webster's Collegiate Dictionary (2003).<br><br>*Computer,* Merriam-Webster's Online Dictionary https://www.merriam-webster.com/dictionary/computer.<br><br>*General Motors LLC v. Edward H. Nortrup*, IPR2023-00994: Petition for Inter Partes Review, Dkt. No. 2 (Jun. 05, 2023); Patent Owner's Preliminary Response, Dkt. No. 8 (Sep. 03, 2023); Institution Decision, Dkt. No. 9 (Nov. 29, 2023); Patent Owner's Response, Dkt. No. 13 (Mar. 15, 2024); Petitioner's Reply to Patent Owner's Response, Dkt. No. 14 (Jun. 07, 2024); Patent Owner's Sur-Reply, Dkt. No. |

| | | |
|---|---|---|
| | | 19 (Jul. 19, 2024); Final Written Decision, Dkt. No. 30 (Nov. 22, 2024).<br><br>Expert testimony from Dr. Matthew Shoemake. |
| "said computer … configured to cause … thereby causing…"<br><br>('131 patent, claims 1, 11) | Means-plus-function term subject to Pre-AIA 35 USC 112 ¶6.<br><br>• Function: to cause said cell phone to transmit a self-determined location of said cell phone and a destination signal based on said user input over a cellular network to a networked computer facility; thereby causing said cell phone to receive map data from said networked computer facility over said cellular network, and to cause said map data to be transmitted from said cell phone to said computer such that a map based on said map data is displayed on said display and shows said self-determined location of said cell phone, said route and said traffic conditions along said route<br><br>• Structure: None; indefinite | '048 Patent at 1:29-36, 2:1-14, 5:49-60, 6:13-16, 8:8-16, 8:57-65, 9:2-7, 10:20-29, 16:57-59, 18:11-64, 19:54-20:14, 20:16-40, 26:51-53, 27:25-28:43, 30:31-54, 31:6-9, 32:24-33:9, 34:20-38, 37:39-55.<br><br>*Configure*, American Heritage Dictionary of the English Language (1996).<br><br>*Configure*, Merriam-Webster's Collegiate Dictionary (2003).<br><br>*Computer,* Merriam-Webster's Online Dictionary https://www.merriam-webster.com/dictionary/computer.<br><br>*General Motors LLC v. Edward H. Nortrup*, IPR2023-00994: Petition for Inter Partes Review, Dkt. No. 2 (Jun. 05, 2023); Patent Owner's Preliminary Response, Dkt. No. 8 (Sep. 03, 2023); Institution Decision, Dkt. No. 9 (Nov. 29, 2023); Patent Owner's Response, Dkt. No. 13 (Mar. 15, 2024); Petitioner's Reply to Patent Owner's Response, Dkt. No. 14 (Jun. 07, 2024); Patent Owner's Sur-Reply, Dkt. No. 19 (Jul. 19, 2024); Final Written Decision, Dkt. No. 30 (Nov. 22, 2024).<br><br>Expert testimony from Dr. Matthew Shoemake. |

5

| | "configured to": designed/arranged/programmed to; not merely capable of | |
|---|---|---|
| "said cell phone interface being configured …thereby causing…"<br><br>('131 patent, claim 24) | Means-plus-function term subject to Pre-AIA 35 USC 112 ¶6.<br><br>• Function: to cause said cell phone to transmit a self-determined location of said cell phone, thereby causing said cell phone to receive map data, and to cause said map data to be transmitted from said cell phone to said computer<br><br>• Structure: None; indefinite<br><br>"configured to": designed/arranged/programmed to; not merely capable of | '048 Patent at 1:29-36, 2:1-14, 2:29-40, 5:23-60, 6:13-16, 8:8-16, 8:57-65, 9:2-7, 10:20-29, 13:41-67, 16:57-59, 17:54-56, 18:11-64, 19:54-20:14, 20:16-40, 26:51-53, 27:25-28:43, 30:31-54, 31:6-9, 32:24-33:9, 34:20-38, 37:39-55, Fig. 55.<br><br>*Configure*, American Heritage Dictionary of the English Language (1996).<br><br>*Configure*, Merriam-Webster's Collegiate Dictionary (2003).<br><br>*General Motors LLC v. Edward H. Nortrup*, IPR2023-00994: Petition for Inter Partes Review, Dkt. No. 2 (Jun. 05, 2023); Patent Owner's Preliminary Response, Dkt. No. 8 (Sep. 03, 2023); Institution Decision, Dkt. No. 9 (Nov. 29, 2023); Patent Owner's Response, Dkt. No. 13 (Mar. 15, 2024); Petitioner's Reply to Patent Owner's Response, Dkt. No. 14 (Jun. 07, 2024); Patent Owner's Sur-Reply, Dkt. No. 19 (Jul. 19, 2024); Final Written Decision, Dkt. No. 30 (Nov. 22, 2024).<br><br>Expert testimony from Dr. Matthew Shoemake. |
| "a self-determined location of said cell phone" | a current location of a first cell phone, as determined by the first cell | '048 Patent, 1:29-36, 1:60-67, 2:1-14, 3:7-29, 6:61-6:11, 7:57-8:67, 11:36-50, 13:41-51, 15:6-21, 15:35-36, 15:25-60, 17:3-6, 17:36-67, 19:65-20:15, 20:48-21:26, 32:29-34:45, |

6

| | | |
|---|---|---|
| ('131 patent, claim 1, 11, 24, 29) | phone without use of an in-vehicle integrated navigation system | 37:56-38:48, 40:63-49:47, Figs. 1-12, 40-41, 49-59, cls. 1-18.<br><br>'048 Patent File History: Non-Final Rejection (Dec. 2, 2020); Amendment and Response to Office Action (Mar. 24, 2021); Final Rejection (Jun. 9, 2021); Response to Final Office Action (Oct. 8, 2021); Non-Final Rejection(Nov. 23, 2021); Amendment and Response to Non-Final Office Action (Nov. 30, 2021); Final Rejection (Dec. 21, 2021); Examiner Interview Summary Record (Jan. 31, 2022); Notice of Allowance (Jan. 31, 2022)<br><br>'131 File History: Preliminary Amendment (Mar. 10, 2023); Non-Final Rejection (Jul. 3, 2023); Amendment and Response to Non-Final Office Action (Oct. 3, 2023); Supplemental Response to Non-Final Office Action (Oct. 26, 2023); Examiner interview Summary Record (Nov. 3, 2023); Final Rejection (Nov. 3, 2023); Response After Final Action (Nov. 3, 2023); Notice of Allowance (Nov. 21, 2023).<br><br>*General Motors LLC v. Edward H. Nortrup*, IPR2023-00994: Petition for Inter Partes Review, Dkt. No. 2 (Jun. 05, 2023); Patent Owner's Preliminary Response, Dkt. No. 8 (Sep. 03, 2023); Institution Decision, Dkt. No. 9 (Nov. 29, 2023); Patent Owner's Response, Dkt. No. 13 (Mar. 15, 2024); Petitioner's Reply to Patent Owner's Response, Dkt. No. 14 (Jun. 07, 2024); Patent Owner's Sur-Reply, Dkt. No. 19 (Jul. 19, 2024); Final Written Decision, Dkt. No. 30 (Nov. 22, 2024). |

| | | |
|---|---|---|
| | | Expert testimony from Dr. Matthew Shoemake. |