# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

EDWARD NORTRUP,

                  Plaintiff,

      v.

TOYOTA MOTOR CORPORATION,
TOYOTA MOTOR NORTH AMERICA,
INC., TOYOTA MOTOR SALES,
U.S.A., INC., and TOYOTA MOTOR
ENGINEERING & MANUFACTURING
NORTH AMERICA, INC.

                  Defendants.

Case No.: 4:25-CV-328-SDJ

**JURY TRIAL DEMANDED**

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to P.R. 4-5(d), Plaintiff Edward Nortrup ("Nortrup") and Defendants Toyota
Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., and
Toyota Motor Engineering & Manufacturing North America, Inc. (collectively, "Toyota")
submit this Joint Claim Construction Chart setting forth the Parties' disputed claim terms and
phrases, each Party's proposed construction, and a column for the Court's construction for the
identified terms, phrases, or clauses of U.S. Patent Nos. 11,307,048 (the "'048 Patent") and
11,874,131 (the "'131 Patent").

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| "an in-vehicle data receiver forming a part of a vehicle configured to receive…" ('048 patent, claims 1, 13, 15) "a data receiver configured to receive …" ('048 patent, claim 17) **1.** An in-vehicle computer system, comprising: **an in-vehicle data receiver forming a part of a vehicle configured to receive a roadway map of an area proximate a current location of a first cell phone, as determined by the first cell phone, and a route from the current location to a destination based, at least in part, on an estimated roadway traffic condition**, and an in-vehicle computer display forming a part of the vehicle configured to display the roadway map and the route, wherein the estimated roadway traffic condition is estimated based, at least in part, on data representative of a location of each of a plurality of other cell phones determined to be moving vehicles based, at least in part, on each of the plurality of other cell phones' calculated proximity to a roadway or calculated speed. | plain and ordinary meaning "data receiver": plain and ordinary meaning, i.e., a device or component that receives data or signals, for example in the form of electromagnetic radiation or electrical impulses, from one or more other devices or components "configured to": plain and ordinary meaning, i.e., designed, arranged, programmed, equipped, or otherwise set up to perform (a stated function) | The overall phrase is subject to Pre-AIA 35 USC 112 ¶6.<br>• function: receive a roadway map of an area proximate a current location of a first cell phone, as determined by the first cell phone, and a route from the current location to a destination based, at least in part, on an estimated roadway traffic condition<br>• structure: none; indefinite<br>"configured to": designed/arranged/programmed to; not merely capable of | |

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| **13.** An in-vehicle computer system, comprising:<br><br>**an in-vehicle data receiver forming a part of a vehicle configured to receive a roadway map of an area proximate a current location and a route from the current location to a destination based on an estimated roadway traffic condition**; and<br><br>an in-vehicle computer display forming a part of the vehicle configured to display the roadway map and the route,<br><br>wherein the estimated roadway traffic condition is estimated, at least in part, on data representative of a location of a plurality of other cell phones presumed as being in moving vehicles based, at least in part, on each of the plurality of other cell phones' calculated proximity to a roadway or calculated speed.<br><br>**15.** An in-vehicle computer system, comprising:<br><br>**an in-vehicle data receiver forming a part of a vehicle configured to receive a roadway map of an area proximate a current location and a visual indication of estimated roadway traffic condition**; and | | | |

3

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| an in-vehicle computer display forming a part of the vehicle configured to display the roadway map and a route, <br><br> wherein the estimated roadway traffic condition is estimated, at least in part, on data representative of a location of a plurality of other cell phones presumed as being in moving vehicles based, at least in part, on each of the plurality of other cell phones' calculated proximity to a roadway or calculated speed. <br><br><br> **17.** A computer system, comprising: <br><br> **a data receiver configured to receive a roadway map of an area proximate a current location of a first cell phone, as determined by the first cell phone, and a route from the current location to a destination based on an estimated roadway traffic condition**; and <br><br> a display configured to display the roadway map and the route, <br><br> wherein the estimated roadway traffic condition is estimated, at least in part, on data representative of a location of a plurality of other cell phones presumed as being in moving vehicles based, at least in part, on each of the plurality of other cell phones' calculated proximity to a roadway or calculated speed. | | | |

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| "a current location of a first cell phone, as determined by the first cell phone" ('048 patent, claims 1, 17) <br><br> "a current location" ('048 patent, claim 13, 15) <br><br> **1.** An in-vehicle computer system, comprising: <br><br> an in-vehicle data receiver forming a part of a vehicle configured to receive a roadway map of an area proximate **a current location of a first cell phone, as determined by the first cell phone**, and a route from the current location to a destination based, at least in part, on an estimated roadway traffic condition, and <br><br> an in-vehicle computer display forming a part of the vehicle configured to display the roadway map and the route, <br><br> wherein the estimated roadway traffic condition is estimated based, at least in part, on data representative of a location of each of a plurality of other cell phones determined to be moving vehicles based, at least in part, on | plain and ordinary meaning <br><br> "current location":  plain and ordinary meaning, i.e., present location | a current location of a first cell phone, as determined by the first cell phone without use of an in-vehicle integrated navigation system | |

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| each of the plurality of other cell phones' calculated proximity to a roadway or calculated speed. | | | |
| **13.** An in-vehicle computer system, comprising:<br><br>an in-vehicle data receiver forming a part of a vehicle configured to receive a roadway map of an area proximate **a current location** and a route from the current location to a destination based on an estimated roadway traffic condition; and<br><br>an in-vehicle computer display forming a part of the vehicle configured to display the roadway map and the route,<br><br>wherein the estimated roadway traffic condition is estimated, at least in part, on data representative of a location of a plurality of other cell phones presumed as being in moving vehicles based, at least in part, on each of the plurality of other cell phones' calculated proximity to a roadway or calculated speed.<br><br>**15.** An in-vehicle computer system, comprising: | | | |

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| an in-vehicle data receiver forming a part of a vehicle configured to receive a roadway map of an area proximate **a current location** and a visual indication of estimated roadway traffic condition; and | | | |
| an in-vehicle computer display forming a part of the vehicle configured to display the roadway map and a route, | | | |
| wherein the estimated roadway traffic condition is estimated, at least in part, on data representative of a location of a plurality of other cell phones presumed as being in moving vehicles based, at least in part, on each of the plurality of other cell phones' calculated proximity to a roadway or calculated speed. | | | |
| **17.** A computer system, comprising: | | | |
| a data receiver configured to receive a roadway map of an area proximate **a current location of a first cell phone, as determined by the first cell phone**, and a route from the current location to a destination based on an estimated roadway traffic condition; and | | | |
| a display configured to display the roadway map and the route, | | | |

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| wherein the estimated roadway traffic condition is estimated, at least in part, on data representative of a location of a plurality of other cell phones presumed as being in moving vehicles based, at least in part, on each of the plurality of other cell phones' calculated proximity to a roadway or calculated speed. | | | |
| "a computer mounted to said vehicle and configured to receive"<br><br>('131 patent, claims 1, 11)<br><br><br>**1.** An in-vehicle computer system comprising:<br>a display mounted to a vehicle; and<br>**a computer mounted to said vehicle and configured to**<br>**receive user input comprising at least a command of a destination**;<br>said computer being configured to communicate with a cell phone, said cell phone being separate from said computer and said vehicle, said computer being configured<br>to cause said cell phone to transmit a self-determined location of said cell phone and a | plain and ordinary meaning<br><br>"computer": plain and ordinary meaning, i.e., an electronic device or component with a data processor<br><br>"configured to": plain and ordinary meaning, i.e., designed, arranged, programmed, equipped, or otherwise set up to perform (a stated function) | The overall phrase is subject to Pre-AIA 35 USC 112 ¶6.<br><br>• function: receive user input comprising at least a command of a destination<br><br>• structure: none; indefinite<br><br>"configured to": designed/arranged/programmed to; not merely capable of | |

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| destination signal based on said user input over a cellular network to a networked computer facility;<br><br>thereby causing said cell phone to receive map data from said networked computer facility over said cellular network, wherein said map data indicates said self-determined location of said cell phone, a route from said self-determined location to said destination, and traffic conditions along said route based on location signals sent to said networked computer facility from other cell phones; and<br><br>to cause said map data to be transmitted from said cell phone to said computer such that a map based on said map data is displayed on said display and shows said self-determined location of said cell phone, said route and said traffic conditions along said route.<br><br><br>**11.** An in-vehicle computer system comprising:<br><br>a display mounted to a vehicle; and<br><br>**a computer mounted to said vehicle and configured to**<br><br>**receive user input comprising at least a command of a destination**; | | | |

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| said computer being configured to communicate with a cell phone, said cell phone being separate from said computer and said vehicle, said computer being configured | | | |
| to cause said cell phone to transmit a self-determined location of said cell phone and a destination signal based on said user input over a cellular network to an internet networked computer facility; | | | |
| thereby causing said cell phone to receive map data from said internet networked computer facility over said cellular network, wherein said self-determined location is based on GPS location, wherein said map data indicates said self-determined location of said cell phone, a primary route and a secondary route from said self-determined location to said destination, estimated time travel based on at least said primary route, and traffic conditions along at least said primary route, wherein said traffic conditions are based on location signals sent to said internet networked computer facility from other cell phones; | | | |
| to cause said map data to be transmitted from said cell phone to said computer such that a map based on said map data is displayed on said display and shows said self-determined | | | |

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| location of said cell phone, said at least said primary route and said traffic conditions along said at least said primary route; and<br><br>to cause an audio alert based on said traffic conditions. | | | |
| "said computer being configured to communicate"<br><br>('131 patent, claims 1, 11)<br><br>**1.** An in-vehicle computer system comprising:<br><br>a display mounted to a vehicle; and<br><br>a computer mounted to said vehicle and configured to<br><br>receive user input comprising at least a command of a destination;<br><br>**said computer being configured to communicate with a cell phone**, said cell phone being separate from said computer and said vehicle, said computer being configured<br><br>to cause said cell phone to transmit a self-determined location of said cell phone and a destination signal based on said user input over a cellular network to a networked computer facility; | plain and ordinary meaning<br><br>"computer": plain and ordinary meaning, i.e., an electronic device or component with a data processor<br><br>"configured to": plain and ordinary meaning, i.e., designed, arranged, programmed, equipped, or otherwise set up to perform (a stated function) | The overall phrase is subject to Pre-AIA 35 USC 112 ¶6.<br><br>• function: communicate with a cell phone<br><br>• structure: none; indefinite<br><br>"configured to": designed/arranged/programmed to; not merely capable of | |

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| thereby causing said cell phone to receive map data from said networked computer facility over said cellular network, wherein said map data indicates said self-determined location of said cell phone, a route from said self-determined location to said destination, and traffic conditions along said route based on location signals sent to said networked computer facility from other cell phones; and | | | |
| to cause said map data to be transmitted from said cell phone to said computer such that a map based on said map data is displayed on said display and shows said self-determined location of said cell phone, said route and said traffic conditions along said route. | | | |
| **11.** An in-vehicle computer system comprising:<br><br>a display mounted to a vehicle; and<br><br>a computer mounted to said vehicle and configured to<br><br>receive user input comprising at least a command of a destination;<br><br>**said computer being configured to communicate with a cell phone**, said cell | | | |

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| phone being separate from said computer and said vehicle, said computer being configured to cause said cell phone to transmit a self-determined location of said cell phone and a destination signal based on said user input over a cellular network to an internet networked computer facility; thereby causing said cell phone to receive map data from said internet networked computer facility over said cellular network, wherein said self-determined location is based on GPS location, wherein said map data indicates said self-determined location of said cell phone, a primary route and a secondary route from said self-determined location to said destination, estimated time travel based on at least said primary route, and traffic conditions along at least said primary route, wherein said traffic conditions are based on location signals sent to said internet networked computer facility from other cell phones; to cause said map data to be transmitted from said cell phone to said computer such that a map based on said map data is displayed on said display and shows said self-determined location of said cell phone, said at least said | | | |

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| primary route and said traffic conditions along said at least said primary route; and<br><br>to cause an audio alert based on said traffic conditions. | | | |
| "said computer … configured to cause … thereby causing …"<br><br>('131 patent, claims 1, 11)<br><br>**1.** An in-vehicle computer system comprising:<br><br>a display mounted to a vehicle; and<br><br>a computer mounted to said vehicle and configured to<br><br>receive user input comprising at least a command of a destination;<br><br>**said computer** being configured to communicate with a cell phone, said cell phone being separate from said computer and said vehicle, said computer being **configured**<br><br>**to cause said cell phone to transmit a self-determined location of said cell phone and a destination signal based on said user input over a cellular network to a networked computer facility;** | plain and ordinary meaning<br><br>"computer": plain and ordinary meaning, i.e., an electronic device or component with a data processor<br><br>"configured to": plain and ordinary meaning, i.e., designed, arranged, programmed, equipped, or otherwise set up to perform (a stated function)<br><br>"cause" / "causing": plain and ordinary meaning, i.e., to bring about, make happen, initiate, or trigger an effect or result | The overall phrase is subject to Pre-AIA 35 USC 112 ¶6.<br><br>• function: to cause said cell phone to transmit a self-determined location of said cell phone and a destination signal based on said user input over a cellular network to a networked computer facility; thereby causing said cell phone to receive map data from said networked computer facility over said cellular network, and to cause said map data to be transmitted from said cell phone to said computer such that a map based on said map data is displayed | |

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| **thereby causing said cell phone to receive map data from said networked computer facility over said cellular network**, wherein said map data indicates said self-determined location of said cell phone, a route from said self-determined location to said destination, and traffic conditions along said route based on location signals sent to said networked computer facility from other cell phones; and<br><br>**to cause said map data to be transmitted from said cell phone to said computer such that a map based on said map data is displayed on said display and shows said self-determined location of said cell phone, said route and said traffic conditions along said route**.<br><br>**11.** An in-vehicle computer system comprising:<br><br>a display mounted to a vehicle; and<br><br>a computer mounted to said vehicle and configured to<br><br>receive user input comprising at least a command of a destination;<br><br>said computer being configured to communicate with a cell phone, said cell | | on said display and shows said self-determined location of said cell phone, said route and said traffic conditions along said route<br><br>• structure: none; indefinite<br><br>"configured to": designed/arranged/programmed to; not merely capable of | |

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| phone being separate from said computer and said vehicle, **said computer** being **configured** **to cause said cell phone to transmit a self-determined location of said cell phone and a destination signal based on said user input over a cellular network to an internet networked computer facility**; **thereby causing said cell phone to receive map data from said internet networked computer facility over said cellular network**, wherein said self-determined location is based on GPS location, wherein said map data indicates said self-determined location of said cell phone, a primary route and a secondary route from said self-determined location to said destination, estimated time travel based on at least said primary route, and traffic conditions along at least said primary route, wherein said traffic conditions are based on location signals sent to said internet networked computer facility from other cell phones; **to cause said map data to be transmitted from said cell phone to said computer such that a map based on said map data is displayed on said display and shows said self-determined location of said cell phone,** | | | |

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| **said at least said primary route and said traffic conditions along said at least said primary route**; and<br><br>to cause an audio alert based on said traffic conditions. | | | |
| "said cell phone interface being configured …thereby causing…"<br><br>('131 patent, claim 24)<br><br>**24.** An in-vehicle computer system comprising:<br><br>A user interface integrated into a vehicle, said user interface configured for receiving user input comprising at least a command of a destination;<br><br>a display mounted to said vehicle; and<br><br>a computer having a cell phone interface integrated into said vehicle for communicating with a cell phone, said cell phone being separate form said computer and said vehicle, **said cell phone interface being configured**<br><br>**to cause said cell phone to transmit a self-determined location of said cell phone and** | plain and ordinary meaning<br><br>"cell phone interface": plain and ordinary meaning, i.e., hardware and/or software of a computer, such as ports, transmitters and/or receivers, that allows it to communicate with a cell phone<br><br>"configured to": plain and ordinary meaning, i.e., designed, arranged, programmed, equipped, or otherwise set up to perform (a stated function)<br><br>"causing": plain and ordinary meaning, i.e., to bring about, make | The overall phrase is subject to Pre-AIA 35 USC 112 ¶6.<br><br>• function: to cause said cell phone to transmit a self-determined location of said cell phone, thereby causing said cell phone to receive map data, and to cause said map data to be transmitted from said cell phone to said computer<br><br>• structure: none; indefinite<br><br>"configured to": designed/arranged/programmed to; not merely capable of | |

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| **a destination signal based on said user input over a cellular network to a networked computer facility**; <br><br> **thereby causing said cell phone to receive map data,** wherein said map data indicates said self-determined location of said cell phone, a route from said self-determined location to said destination, and traffic conditions along said route based on other cell phones, said other cell phones being determined to represent other vehicles along said route based on said other cell phones' proximity to roads and/or movement; <br><br> **to cause said map data to be transmitted from said cell phone to said computer** such that a map based on said map data is displayed on said display and shows said self-determined location of said cell phone, said route and said traffic conditions along said route. | happen, initiate, or trigger an effect or result | | |
| "a self-determined location of said cell phone" <br><br> ('131 patent, claim 1, 11, 24, 29) <br><br> **1.** An in-vehicle computer system comprising: <br><br> a display mounted to a vehicle; and | plain and ordinary meaning <br><br> "self-determined location": plain and ordinary meaning, i.e., a | a current location of a first cell phone, as determined by the first cell phone without use of an in-vehicle integrated navigation system | |

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| a computer mounted to said vehicle and configured to<br><br>receive user input comprising at least a command of a destination;<br><br>said computer being configured to communicate with a cell phone, said cell phone being separate from said computer and said vehicle, said computer being configured<br><br>to cause said cell phone to transmit **a self-determined location of said cell phone** and a destination signal based on said user input over a cellular network to a networked computer facility;<br><br>thereby causing said cell phone to receive map data from said networked computer facility over said cellular network, wherein said map data indicates said self-determined location of said cell phone, a route from said self-determined location to said destination, and traffic conditions along said route based on location signals sent to said networked computer facility from other cell phones; and<br><br>to cause said map data to be transmitted from said cell phone to said computer such that a map based on said map data is displayed on said display and shows said self-determined | location determined by the device itself | | |

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| location of said cell phone, said route and said traffic conditions along said route.<br><br>**11.** An in-vehicle computer system comprising:<br><br>a display mounted to a vehicle; and<br><br>a computer mounted to said vehicle and configured to<br><br>receive user input comprising at least a command of a destination;<br><br>said computer being configured to communicate with a cell phone, said cell phone being separate from said computer and said vehicle, said computer being configured<br><br>to cause said cell phone to transmit **a self-determined location of said cell phone** and a destination signal based on said user input over a cellular network to an internet networked computer facility;<br><br>thereby causing said cell phone to receive map data from said internet networked computer facility over said cellular network, wherein said self-determined location is based on GPS location, wherein said map data indicates said self-determined location of said cell phone, a primary route and a secondary | | | |

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| route from said self-determined location to said destination, estimated time travel based on at least said primary route, and traffic conditions along at least said primary route, wherein said traffic conditions are based on location signals sent to said internet networked computer facility from other cell phones;<br><br>to cause said map data to be transmitted from said cell phone to said computer such that a map based on said map data is displayed on said display and shows said self-determined location of said cell phone, said at least said primary route and said traffic conditions along said at least said primary route; and<br><br>to cause an audio alert based on said traffic conditions.<br><br><br>**24.** An in-vehicle computer system comprising:<br><br>A user interface integrated into a vehicle, said user interface configured for receiving user input comprising at least a command of a destination;<br><br>a display mounted to said vehicle; and | | | |

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| a computer having a cell phone interface integrated into said vehicle for communicating with a cell phone, said cell phone being separate form said computer and said vehicle, said cell phone interface being configured | | | |
| to cause said cell phone to transmit **a self-determined location of said cell phone** and a destination signal based on said user input over a cellular network to a networked computer facility; | | | |
| thereby causing said cell phone to receive map data, wherein said map data indicates said self-determined location of said cell phone, a route from said self-determined location to said destination, and traffic conditions along said route based on other cell phones, said other cell phones being determined to represent other vehicles along said route based on said other cell phones' proximity to roads and/or movement; | | | |
| to cause said map data to be transmitted from said cell phone to said computer such that a map based on said map data is displayed on said display and shows said self-determined location of said cell phone, said route and said traffic conditions along said route. | | | |

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| **29.** A method of using an in-vehicle computer system in a vehicle, said method comprising:<br><br>receiving user input comprising at least a command of a destination;<br><br>causing a cell phone to transmit **as [sic] self-determined location of said cell phone** and a destination signal based on said user input over a cellular network to an internet networked computer facility, said cell phone being separate from said in-vehicle computer system and said vehicle;<br><br>thereby causing said cell phone to receive map data from said internet networked computer facility over said cellular network, wherein said self-determined location is based on a GPS location, wherein said map data indicates said GPS location of said cell phone, a primary route and a secondary route from said self-determined location to said destination, estimated time travel based on at least said primary route, and traffic conditions along at least said primary route, wherein said traffic conditions are based on location signals sent to said internet networked computer facility from other cell phones; | | | |

| Disputed Claim Language | Nortrup's Proposed Construction | Toyota's Proposed Construction | Court's Construction |
|---|---|---|---|
| causing said map data to be transmitted from said cell phone to said in-vehicle computer system; and<br><br>displaying a map based on said map data, said map showing said GPS location of said cell phone, said primary and secondary routes, said estimated time travel, and said traffic conditions along at least said primary route; and<br><br>causing an audio alert if said traffic conditions change. | | | |

RESPECTFULLY SUBMITTED this 23th day of February, 2026.

*/s/ David K. Ludwig*
David K. Ludwig
Georgia Bar No. 616971
Steven G. Hill
Georgia Bar No. 354658
HILL, KERTSCHER & WHARTON, LLP
3625 Cumberland Blvd., SE
Suite 1050
Atlanta, Georgia 30339-6406
T: (770) 953-0995
F: (770) 953-1358
Email: dludwig@hkw-law.com
Email: sgh@hkw-law.com


*Counsel for Plaintiff Edward Nortrup*

*/s/ Steven J. Routh*
Steven J. Routh (D.C. Bar # 376068)
srouth@orrick.com
Sten Jensen
sjensen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Ave
Washington, DC 20037
Tel: (202) 339-8400
Fax: (202) 339-8500


*Attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above document was served via the Court's CM/ECF system, which sends notifications of such filing to all counsel of record who have consented to accept service by electronic means, on February 23, 2026.

*/s/ Steven J. Routh*
Steven J. Routh