# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| EDWARD NORTRUP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES, U.S.A., INC., and TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.<br><br>　　　　　Defendants. | Case No.: 4:25-CV-328-SDJ<br><br>**JURY TRIAL DEMANDED** |

**AMENDED SCHEDULING ORDER**

Before the Court is the Parties' Joint Motion to Amend the Scheduling Order. Having considered the motion, the Court finds that it should be **GRANTED**.

IT IS THEREFORE ORDERED that the Scheduling Order previously entered in this case is amended. All deadlines in the Scheduling Order are extended as set forth below.

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Deadline for Initial Mandatory Disclosure of all persons, documents, data compilations and tangible things, which are relevant to a claim or defense of any party and which has not previously been disclosed. This deadline is not an extension of earlier deadlines set out in this Court's order or the Patent Rules, nor an excuse to delay disclosure of information. It is a "catchall" deadline for provision of all remaining information which may be relevant to a claim or defense of any party at trial. | 04/08/2026 | 05/08/2026 |
| Parties shall notify the Court of the name, address, and telephone number of the agreed-upon mediator, or request | 04/15/2026 | 05/15/2026 |

1

| **Deadline** | **Current Date** | **Proposed Date** |
|---|---|---|
| that the Court select a mediator, if they are unable to agree on one. | | |
| Parties with burden of proof to designate Expert Witnesses other than claims construction experts and provide their expert witness reports, to include for ALL experts all information set out in Rule 26(a)(2)(B).<br><br>This shall include any willfulness opinion and shall comply with P.R. 3-7. | 05/11/2026 | 06/12/2026 |
| Mediation deadline. | 05/27/2026 | 06/26/2026 |
| Parties to Designate Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness report, to include for ALL experts all information set out in Rule 26(a)(2)(B).<br><br>**Note: Objections to any expert, including Daubert motions, shall be filed within 3 weeks after the expert's Report has been disclosed. Such objections and motions are limited to ten (10) pages each.** | 06/01/2026 | 07/01/2026 |
| Discovery deadline. All discovery must be served in time to be completed by this date.<br><br>All written discovery and deposition notices must be served in time to be completed by this date. | 06/03/2026 | 07/01/2026 |
| File Dispositive Motions and any other motions that may require a hearing. Regardless of how many dispositive motions a party files, each party is limited to a total of sixty pages for such motions. Each individual motion shall comply with Local Rule CV-7.<br><br>Responses to motions shall be due in accordance with Local Rule CV-7(e). | 06/24/2026 | 07/24/2026 |
| Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (See www.txed.uscourts.gov) and Proposed Jury | 10/07/2026 | 11/06/2026 |

| **Deadline** | **Current Date** | **Proposed Date** |
|---|---|---|
| Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases). | | |
| Motions in limine due. | 10/13/2026 | 11/12/2026 |
| File Joint Final Pretrial Order. Exchange Exhibits and deliver copies to the Court. At this date, all that is required to be submitted to the Court is a hyperlinked exhibit list on disk (2 copies) and no hard copies.<br><br>A form Joint Final Pretrial Order can be found on the Court's website, available at:<br><br>http://www.txed.uscourts.gov/?q=judge/judge-sean-jordan. | 10/13/2026 | 11/12/2026 |
| Video Deposition Designation due. Each party who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those which cannot be resolved shall be presented to the Court.<br><br>The party who filed the initial Video Deposition Designation is responsible for preparing the final edited video in accordance with all parties' designations and the Court's rulings on objections. | 10/24/2026 | 11/20/2026 |
| Responses to motions in limine due. | 10/28/2026 | 12/04/2026 |
| File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order. | 10/28/2026 | 12/04/2026 |
| Proposed jury instructions/verdict form (or proposed findings of fact and conclusions of law) due.<br><br>This does not extend the deadline to object to experts. If numerous objections are filed, the Court may set a hearing. | 10/28/2026 | 12/04/2026 |
| File Proposed Voir Dire Questions. | 10/28/2026 | 12/04/2026 |

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Final Pretrial Conference at 1:30 p.m. at the United States Courthouse located at 7940 Preston Road, Plano, TX 75024. | 11/18/2026 | 12/18/2026 |
| 10:00 a.m. Jury Selection and Trial at the United States Courthouse located at 7940 Preston Road, Plano, TX 75024. | To be determined. | |