**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

|  |  |
|---|---|
| EDWARD NORTRUP,<br><br>    Plaintiff,<br><br>  v.<br><br>TOYOTA MOTOR CORPORATION,<br>TOYOTA MOTOR NORTH AMERICA,<br>INC., TOYOTA MOTOR SALES,<br>U.S.A., INC., and TOYOTA MOTOR<br>ENGINEERING & MANUFACTURING<br>NORTH AMERICA, INC.<br><br>    Defendants. | Case No.: 4:25-CV-328-SDJ<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY ALL**
**DEADLINES AND NOTICE OF SETTLEMENT**

The parties hereby notify the Court that they have reached an agreement in principle to settle all matters in controversy between the parties.  The parties therefore respectfully request that all deadlines be stayed for forty-five (45) days to allow the parties to finalize their agreement and to file an appropriate dismissal with the Court.

If, at the end of the stay, the parties have not finalized their agreement and filed an appropriate dismissal, then the parties will submit a Joint Status Report to the Court.

RESPECTFULLY SUBMITTED this 9th day of April, 2026.

| | |
|---|---|
| */s/ David K. Ludwig* | */s/ Steven J. Routh* |
| David K. Ludwig | Steven J. Routh (D.C. Bar # 376068) |
| Georgia Bar No. 616971 | srouth@orrick.com |
| Steven G. Hill | Sten Jensen |
| Georgia Bar No. 354658 | sjensen@orrick.com |
| HILL, KERTSCHER & WHARTON, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3625 Cumberland Blvd., SE | 2100 Pennsylvania Ave |

Suite 1050
Atlanta, Georgia 30339-6406
T: (770) 953-0995
F: (770) 953-1358
Email: dludwig@hkw-law.com
Email: sgh@hkw-law.com


*Counsel for Plaintiff Edward Nortrup*

Washington, DC 20037
Tel: (202) 339-8400
Fax: (202) 339-8500

*Attorneys for Defendants Toyota Motor
Corporation, Toyota Motor North America,
Inc., Toyota Motor Sales, U.S.A., Inc., and
Toyota Motor Engineering & Manufacturing
North America, Inc.*

2

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel complied with the meet and confer requirement in Local Rule CV-7(i).

*/s/ David K. Ludwig*
David K. Ludwig

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above document was served via the Court's CM/ECF system, which sends notifications of such filing to all counsel of record who have consented to accept service by electronic means, on April 9, 2026.

*/s/ David K. Ludwig*
David K. Ludwig