**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

EDWARD NORTRUP,

            Plaintiff,

    v.

TOYOTA MOTOR CORPORATION,
TOYOTA MOTOR NORTH AMERICA,
INC., TOYOTA MOTOR SALES,
U.S.A., INC., and TOYOTA MOTOR
ENGINEERING & MANUFACTURING
NORTH AMERICA, INC.

            Defendants.

Case No.: 4:25-CV-328-SDJ

**JURY TRIAL DEMANDED**

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

The Court, having considered the parties' Joint Motion to Stay All Deadlines and Notice of Settlement, finds that it is meritorious and that it should be GRANTED.

IT IS, THEREFORE, ORDERED that all deadlines and court settings in this action are stayed for forty-five (45) days from the date of this Order.

IT IS FURTHER ORDERED that, if the parties have not finalized an agreement and filed an appropriate dismissal by the end of the stay period, then the parties will submit a Joint Status Report to the Court.

Signed this _____ day of _____, 2026.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE