UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EDWARD NORTRUP | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-328-SDJ |
| | § | |
| TOYOTA MOTOR CORPORATAION, | § | |
| ET AL. | § | |

## ORDER ON CLOSING DOCUMENTS

The Court has received the parties Joint Motion to Stay all Deadlines and Notice of Settlement, indicating that all claims in this case have been settled. (Dkt. #45). After full consideration, the motion is **GRANTED**.

It is therefore **ORDERED** that, on or before **May 25, 2026**, the parties shall file with the Court all papers necessary for the closing of this case and its removal from the Court's active docket. If such papers are not received by the Court by the scheduled deadline, the parties must file a joint report by **May 29, 2026**, concerning the status of settlement.

It is further **ORDERED** that this case is **STAYED**, including all deadlines and hearings imposed by the Court's Amended Scheduling Order, pending the Court's receipt of all documents necessary for the closing of this case or further order of the Court.

**So ORDERED and SIGNED this 10th day of April, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE