UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

EDWARD NORTRUP                    §
                                  §
v.                                §    CIVIL NO. 4:25-CV-328-SDJ
                                  §
TOYOTA MOTOR CORPORATION,         §
ET AL.                            §

## **ORDER**

On December 18, 2025, the Court appointed Scott Woloson as the technical advisor to the Court in this action, with his costs to be assessed equally between Plaintiff and Defendant. (Dkt. #31). The Court has received Mr. Woloson's invoice for services through April 13, 2026, in the amount of $23,648.71. Having reviewed Mr. Woloson's statement, the Court finds that the fees requested and the expenses incurred were reasonable and necessary.

It is therefore **ORDERED** that the parties appropriately divide and pay $23,648.71 to the Law Office of Scott Woloson, P.C., 1431 Wirt Road #141, Houston, TX 77055 within thirty (30) days from the entry of this Order.

**So ORDERED and SIGNED this 13th day of April, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE